UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| MICHAEL DOYLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 2:17-cv-013-NT |
| | ) | |
| JUSTICE THOMAS WARREN and STATE OF MAINE, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On August 11, 2017, the United States Magistrate Judge filed with the court, with copy to the Plaintiff, his Recommended Decision after a preliminary review of the Plaintiff's Complaint under 28 U.S.C.§ 1915. Recommended Decision (ECF No. 13). The Plaintiff filed an objection to the Recommended Decision on August 21, 2017 (ECF No. 15).[1] The State of Maine responded to the Plaintiff's objection on September 1, 2017 (ECF No. 17). I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision. I concur with the recommendations of the United States Magistrate Judge.

---

[1] The only objection the Plaintiff makes is to the recommendation that his motion to proceed *in forma pauperis* be denied. The Plaintiff has made no objection to the recommendation that his claims be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). Even if I found there to be merit to his objection to the denial of *in forma pauperis* status, the Plaintiff has waived any arguments directed at the recommendation that his Complaint fails to state a claim against Justice Thomas Warren or the State of Maine.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED** and the Plaintiff's claims against Justice Thomas Warren and the State of Maine are **DISMISSED** with prejudice.

SO ORDERED.

/s/ Nancy Torresen_____
United States Chief District Judge

Dated this 13th day of September, 2017